# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N., a minor by an through his guardian ad litem, Elizabeth Neel<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 17-CV-1583-L-BGS<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR STAY DURING LAPSE IN FEDERAL APPROPRIATIONS** |

On January 7, 2019, Defendant filed an Ex Parte Application for an order staying this action during to the lapse in federal appropriations. (Doc. No. 26.) Plaintiff has not filed an opposition. Accordingly, the Ex Parte Application is granted as unopposed. Alternatively, the Ex Parte Application is granted pursuant to *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936).

For the foregoing reasons, IT IS HEREBY ORDERED that this case is stayed until Congress has restored appropriations. No later than two business days after Congress has

restored appropriations, Defendant shall file a notice together with a proposed order extending all current due dats commensurate with the duration of the lapse in appropriations.

**IT IS SO ORDERED.**

Dated:  January 9, 2019

_____
Hon. M. James Lorenz
United States District Judge